# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| EDSON FLORES, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No.: 4:18-cv-01493-ACA-HNJ |
| SCOTT HASSELL, et al., | ) ) ) |
| Respondents. | ) |

## MEMORANDUM OPINION

The magistrate judge filed a report and recommendation on January 23, 2019, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2241 be dismissed without prejudice. (Doc. 11). Although the petitioner was notified of his right to file objections within fourteen (14) days, no objections have been filed with the court.

After a *de novo* consideration of the entire file in this action, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation. The court finds that the petition for writ of habeas corpus is due to be **DISMISSED WITHOUT PREJUDICE**.

A separate order will be entered.

**DONE** and **ORDERED** this February 27, 2019.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE